# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CAZ KENNEDY,**
**ADC #127322**                                                                 **PLAINTIFF**

V.                              No.  4:07-cv-00795 SWW-BD

**JOHN BYUS,** *et al.*                                                         **DEFENDANTS**

## ORDER

A Scheduling Order was previously entered in this case setting an evidentiary hearing the week of August 18, 2008.  The dispositive motions deadline was June 19, 2008.

Defendants moved for summary judgment on June 18, 2008 contending that Plaintiff cannot offer any proof of: 1) any actual physical injury as a result of Defendants' conduct; or 2) deliberate indifference.  Plaintiff has been granted additional time to respond to the motion, up to and including August 20, 2008.

Therefore, the evidentiary hearing scheduled the week of August 18, 2008 is canceled and will be reset, if appropriate, after the issue of summary judgment has been decided.

IT IS SO ORDERED this 30th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE